IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH D. TOTMAN,

        Plaintiff,                   JUDGMENT IN A CIVIL CASE

    v.                                Case No. 14-cv-118-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, affirming the decision of the Commissioner denying plaintiff's application for disability benefits and dismissing plaintiff's appeal.


      _____s/ A. Wiseman, Deputy Clerk_____       _____March 16, 2015_____
            Peter Oppeneer, Clerk of Court                            Date